# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Rios, | Case No.: 2:23-cv-01661-APG-VCF |
| Petitioner, | |
| v. | **Order Dismissing Improperly Commenced Habeas Proceeding** |
| Brian Williams, et al., | |
| Respondents. | |

     Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1.  Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.  Because this matter has not been properly commenced, it is dismissed.  The dismissal is without prejudice to bringing a **new** action under 28 U.S.C. § 2254 with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

     I THEREFORE ORDER that this action is dismissed without prejudice.

     I FURTHER ORDER that a certificate of appealability is denied as jurists of reason would not find my dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

     I FURTHER ORDER that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section

2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

I FURTHER ORDER that the Clerk shall enter judgment accordingly and close this case.

Dated: October 18, 2023

_____
U.S. District Judge Andrew P. Gordon